UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HENRY MOUNSON,

    Plaintiff,

    v.                               Case No. 04-cv-365-JPG

RAKESHA CHANDRA, *et al.*,

    Defendants.

## MEMORANDUM AND ORDER

    This matter comes before the Court for case management purposes. There is no evidence in the record that Plaintiff ever identified for purposes of service of process the John Doe defendant in this case. Further, there is no evidence in the record that service of process has been effected upon the John Doe defendant within 120 days after the filing of the complaint, as prescribed by Federal Rule of Civil Procedure 4(m). The Court ordered the plaintiff to show cause on or before June 29, 2009, why Defendant John Doe should not be dismissed without prejudice for failure to timely effect service. Plaintiff has not responded to the show cause order. Therefore, the Court **DISMISSES** Defendant John Doe without prejudice. The Clerk of Court is **DIRECTED** to enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**
**DATED: July 9, 2009**

                        s/ J. Phil Gilbert
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**