UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HENRY MOUNSON,<br><br>    Plaintiff,<br><br>v.<br><br>RAKESHA CHANDRA, CHERYL COUCH, KATHERINE CLOVER, JILL STEVENS, ROCKY PEPPERS, KRISTIN KWASNIEWSKI, TERRY CALIPER, MARVIN POWERS, REBECCA FORNEAR, LAURA QUALLS, LINDA MILEUR, JANE SIMMONS, LANA WATKINS, SHERRY MONTGOMERY, KATHY REYNOLDS, LAVANDA PEARSON, TWILA WATSON, TOMA OSMAN, JOANN HOSCH, HOMER MARKEL, JACOB NULL, BRIAN WATTS, DUFFY SANDERS, DERK WRIGHT, SCOTT STEWART, BRET NEIGHBORS, DAVE GIBSON, DAVIS FOLSOM, PAUL HILLIARD, C/O PRATIS, C/O BLAIR, JOHN WOLFF, BOBBY CRESPI, BRAD HOEHNER, C/O SAMS, C/O BUSBY, and JOHN DOE,<br>    Defendants. | Case No. 04-cv-365-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that all claims against Defendant John Doe are dismissed without prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that all claims against Defendants C/O Busby, Rebecca Fornear, Dave Gibson, Homer Markel, Linda Mileur, Sherry Montgomery,

1

Lavanda Pearson, C/O Pratis, Laura Qualls, Kathy Reynolds, C/O Sams, Duffy Sanders, Jane Simmons, Lana Watkins and Brian Watts are dismissed with prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of Defendants C/O Blair, Terry Caliper, Rakesha Chandra, Katherine Clover, Cheryl Couch, Bobby Crespi, David Folsom, Paul Hilliard, Brad Hoehner, Joann Hosch, Kristin Kwasneiwski, Bret Neighbors, Jacob Null, Toma Osman, Rocky Peppers, Marvin Powers, Jill Stevens, Scott Stewart, Twila Watson, John Wolff and Derk Wright and against Plaintiff Henry Mounson and that this case is dismissed with prejudice.

**DATED: July 9, 2009**                                    **JUSTIN FLANAGAN, Acting Clerk**

                                                           **By:s/Deborah Agans, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**